IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CV-499-BO

| | |
|---|---|
| CHANIELLE L. WOODFORD, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| Defendants. | ) |

This matter is before the court on Defendants' motion to amend the May 17, 2023 Scheduling Order. [DE-56]. For good cause shown, the motion is allowed and case deadlines are amended as follows:

1. Disclosure of expert witnesses and reports pursuant to Fed. R. Civ. P. 26(a)(2) are due from Defendants no later than **February 5, 2024**, and from rebuttal experts no later than **March 4, 2024**;

2. All discovery shall be completed by **April 1, 2024**; and

3. All potentially dispositive motions shall be filed no later than **April 24, 2024.**

The remaining provisions of the Scheduling Order, [DE-56], not inconsistent with the foregoing remain in effect.

SO ORDERED, the 4th day of January, 2024.

Robert B. Jones, Jr.
United States Magistrate Judge