IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CV-499-BO

| | |
|---|---|
| CHANIELLE L. WOODFORD, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| Defendants. | ) |

This matter is before the court on the Government's motion for a two-week extension of the discovery deadline. [DE-66]. For good cause shown, the motion is allowed, and all discovery shall be completed by **April 15, 2024**.

SO ORDERED, the __8__ day of April, 2024.

Robert B. Jones, Jr.
United States Magistrate Judge