IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CV-499-BO

| | |
|---|---|
| CHANIELLE WOODFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER GRANTING** |
| v. ) | **UNOPPOSED MOTION FOR** |
| ) | **REFERRAL TO U.S.** |
| MERRICK B. GARLAND, et al., ) | **MAGISTRATE JUDGE TO** |
| ) | **CONDUCT A SETTLEMENT** |
| Defendants. ) | **CONFERENCE** |
| ) | |

This matter having come before the Court on Plaintiff's Unopposed Motion for Referral to U.S. Magistrate Judge to Conduct a Settlement Conference; and it appearing to this Court that good cause has been shown for the granting of this Unopposed Motion;

**IT IS NOW THEREFORE ORDERED** that the Unopposed Motion for Referral to U.S. Magistrate Judge to Conduct a Settlement Conference is hereby **GRANTED**. It is **FURTHER ORDERED** that the Parties shall appear for a settlement conference before U.S. Magistrate Judge _Jones_ on a date set by the U.S. Magistrate Judge.

IT IS SO ORDERED, this _30_ day of _December 2024_

_Terrence Boyle_
TERRENCE W. BOYLE
United States District Judge