IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:20-CV-00499-BO

| | |
|---|---|
| CHANIELLE L. WOODFORD, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) **JOINT STATUS REPORT** |
| | ) |
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

The parties file this joint Status Report. In support, the parties state the following:

The parties have amicably resolved this matter in principle and are working to memorialize their agreement in writing. The parties anticipate filing a motion to dismiss once the settlement agreement has been submitted to the Judgment Fund. In the meantime, the parties are available on January 22, 2025 – the date previously noticed for a settlement conference – to discuss this matter with the Court, should the Court deem such a conference still necessary.

[*Remainder of page intentionally left blank*]

Respectfully submitted this 14th day of January, 2025.

| | |
|---|---|
| COUNSEL FOR PLAINTIFF | MICHAEL F. EASLEY, JR.<br>United States Attorney |
| BY: /s/ Sara L. Faulman<br>SARA L. FAULMAN<br>RACHEL LERNER<br>McGILLIVARY STEELE ELKIN LLP<br>1101 Vermont Ave. NW, Suite 1000<br>Washington, DC 20005<br>Telephone: (202) 833-8855<br>E-mail: slf@mselaborlaw.com<br>E-mail: rbl@mselaborlaw.com<br>Attorney for Plaintiff | BY: /s/ Katherine A. King<br>KATHERINE A. KING<br>Assistant United States Attorney<br>Civil Division<br>150 Fayetteville Street, Suite 2100<br>Raleigh, NC 27601<br>Telephone: (919) 856-4530<br>E-mail: katie.king@usdoj.gov<br>N.C. State Bar No. 44525<br>Attorney for Federal Defendant |
| NARENDRA GHOSH<br>TRISHA PANDE<br>Patterson Harkavy LLP<br>100 Europa Drive, Suite 420<br>Chapel Hill, NC 27517<br>Telephone: (929) 942-5200<br>Email: nghosh@pathlaw.com<br>Email: tpande@pathlaw.com<br>Local Civil Rule 83.1(d) Counsel for Plaintiff | |

# CERTIFICATE OF SERVICE

I do hereby certify that I have this 14th day of January, 2025, served a copy of the foregoing upon the below-listed party by electronically filing the foregoing with the Court on this date using the CM/ECF system or placing a copy in the United States Mail address to the following:

>Sara L. Faulman
>McGILLIVARY STEELE ELKIN LLP
>1101 Vermont Ave. NW, Suite 1000
>Washington, DC 20005
>Phone: (202) 833-8855
>E-mail: slf@mselaborlaw.com
>*Counsel for Plaintiff*

>BY:   /s/ Katherine A. King
>KATHERINE A. KING
>Assistant United States Attorney
>Civil Division
>Eastern District of North Carolina
>150 Fayetteville Street, Suite 2100
>Raleigh, NC  27601
>Telephone: (919) 856-4870
>Email: katie.king@usdoj.gov
>NC Bar # 44525
>
>*Counsel for Federal Defendant*